UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**CECELIA FORD**                                    **CASE NO. 1:22-CV-04317**

**VERSUS**                                          **JUDGE JAMES D. CAIN, JR.**

**ALLSTATE VEHICLE & PROPERTY**                     **MAGISTRATE JUDGE KAY**
**INSURANCE CO**

## JUDGMENT

Considering the motion to enroll pending on behalf of new counsel for plaintiff, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 24] recommending dismissal of this matter for failure to prosecute be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 4th day of October, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE